No. 10-7212. Eric Holmes, Petitioner v. United States.

562 U.S. 1076, 131 S. Ct. 678, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9105.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 607 F.3d 332.